IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Harris, Patricia L

Printed: 4/10/07

Case Number: 05 B 53965
Judge: Hollis, Pamela S
Filed: 10/14/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: January 17, 2007
Confirmed: December 12, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 15,369.13 |  |
| Secured: |  | 12,034.47 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,503.20 |
| Trustee Fee: |  | 831.45 |
| Other Funds: |  | 0.01 |
| Totals: | 15,369.13 | 15,369.13 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,503.20 | 2,503.20 |
| 2. | AMC Mortgage Services Inc | Secured | 13,374.21 | 7,879.10 |
| 3. | American General Finance | Secured | 5,400.00 | 3,299.27 |
| 4. | Americredit Financial Ser Inc | Secured | 19,823.07 | 783.32 |
| 5. | American General Finance | Secured | 378.00 | 15.56 |
| 6. | American General Finance | Secured | 500.00 | 20.58 |
| 7. | AMC Mortgage Services Inc | Secured | 890.40 | 36.64 |
| 8. | Illinois Dept Of Employment Sec | Unsecured | 444.69 | 0.00 |
| 9. | Americredit Financial Ser Inc | Unsecured | 309.93 | 0.00 |
| 10. | American General Finance | Unsecured | 28.37 | 0.00 |
| 11. | Custon Collection Services, Inc. | Unsecured | 653.19 | 0.00 |
| 12. | Arrow Financial Services | Unsecured | 59.39 | 0.00 |
| 13. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 14. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 15. | America OnLine | Unsecured |  | No Claim Filed |
| 16. | Bank Of America | Unsecured |  | No Claim Filed |
| 17. | Wal Mart Stores | Unsecured |  | No Claim Filed |
| 18. | Direct Tv | Unsecured |  | No Claim Filed |
| 19. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 20. | Consultants In Lab Med | Unsecured |  | No Claim Filed |
| 21. | Comcast | Unsecured |  | No Claim Filed |
| 22. | Diversified Consultants | Unsecured |  | No Claim Filed |
| 23. | First USA Bank/Lomas Bank | Unsecured |  | No Claim Filed |
| 24. | Illinois Title Loans | Unsecured |  | No Claim Filed |
| 25. | Sears Consumer Finance | Unsecured |  | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Harris, Patricia L

Printed: 4/10/07

Case Number: 05 B 53965
Judge: Hollis, Pamela S
Filed: 10/14/05

| | | | | |
|---|---|---|---|---|
| 26. | Palisade Collections Inc | Unsecured | | No Claim Filed |
| 27. | PFG Of Minnesota | Unsecured | | No Claim Filed |
| 28. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 29. | MRSI | Unsecured | | No Claim Filed |
| 30. | PFG Of Minnesota | Unsecured | | No Claim Filed |
| 31. | Pinnacle Mangement Services Inc | Unsecured | | No Claim Filed |
| 32. | Silkies | Unsecured | | No Claim Filed |
| 33. | Dr C B Rhee | Unsecured | | No Claim Filed |
| 34. | SBC | Unsecured | | No Claim Filed |
| 35. | First North American Nat Bk | Unsecured | | No Claim Filed |
| 36. | Little Company Of Mary Hospital | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 44,364.45 | $ 14,537.67 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 693.14 |
| 5% | 138.31 |
| | _____ |
| | $ 831.45 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Denise Ashley*